UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

SAMUEL COLLINS,                       )
                                      )
        Petitioner,                   )
v.                                    )   No. 1:06-cv-626-SEB-VSS
                                      )
STANLEY KNIGHT,                       )
                                      )
        Respondent.                   )

## JUDGMENT

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 07/07/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Samuel Collins
DOC # 946108
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

David L. Steiner
INDIANA STATE ATTORNEY GENERAL
dsteiner@atg.state.in.us